PROB 12B
(7/93)

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Deanna Rae Hamilton          Case Number: 2:13CR00036-RMP-1

Name of Sentencing Judicial Officer: The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: October 16, 2009          Type of Supervision: Supervised Release

Original Offense: Conspiracy to Distribute          Date Supervision Commenced: August 31, 2012
Methamphetamine, 21 U.S.C. § 846

Original Sentence: Prison - 60 Months          Date Supervision Expires: August 30, 2016
                  TSR - 48 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

21    You shall complete 40 hours of community service work, at the rate of not less than 10 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than February 1, 2014.

## CAUSE

On July 1, 2014, Ms. Hamilton reported to Providence Mount Carmel Hospital in Colville, Washington, and provided a urinalysis sample that tested presumptively positive for methamphetamine. The sample was sent to Alere Toxicology Services (Alere) for further analysis. On July 11, 2014, Alere confirmed the aforementioned sample tested positive for the presence of methamphetamine.

On July 14, 2014, this officer attempted to confront Ms. Hamilton about the above-noted positive result for methamphetamine. However, just prior to this officer contacting Ms. Hamilton, she learned that her sister was killed due to a gunshot wound. Due to her emotional state, this officer chose not to confront Ms. Hamilton about the aforementioned drug use at that time.

On July 28, 2014, Ms. Hamilton reported for a substance abuse treatment session at Alcohol Drug Education Prevention and Treatment, Inc. (ADEPT) in Colville, Washington, and submitted to random drug testing. The sample was sent to Redwood Toxicology Laboratory (Redwood) for further analysis. On August 14, 2014, this officer received the test results from Redwood Toxicology Laboratory that confirmed the sample collected on July 28, 2014, was positive for amphetamines.

Prob 12B
**Re: Hamilton, Deanna Rae**
**August 19, 2014**
**Page 2**

On August 7, 2014, this officer spoke with Ms. Hamilton about her drug use. She acknowledged that she had used methamphetamine on two occasions after the death of her sister on July 14, 2014.

Currently, Ms. Hamilton is participating in intensive outpatient substance abuse treatment at ADEPT in Colville, Washington. Ms. Hamilton's substance abuse counselor is aware of her methamphetamine use and recommended she continue to participate in intensive outpatient substance abuse treatment. Ms. Hamilton also agreed to participate in weekly narcotics anonymous (NA) meetings, in which she has reportedly obtained a sponsor to assist her with the steps of the 12-step program. In addition, Ms. Hamilton has maintained employment at a bar and grill restaurant in Colville, Washington.

With regard to the requested modification, Ms. Hamilton advised that she would provide community services hours through local church organizations by distributing food to the less fortunate. Ms. Hamilton agreed that performing community services hours would be a favorable experience for her, and would allow her to associate with positive people.

Respectfully submitted,

by   s/Erik Carlson

Erik Carlson
U.S. Probation Officer
Date: August 19, 2014

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

Signature of Judicial Officer

8/19/2014

Date