ROB 12C
(7/93)

Report Date:  November 10, 2015

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 10, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Deanna Rae Hamilton          Case Number: 0980 2:13CR00036-RMP-1

Address of Offender: ████████████████ Addy, Washington  99101

Name of Sentencing Judicial Officer:  The Honorable Donald W. Molloy, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: October 16, 2009

Original Offense:          Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846

Original Sentence:         Prison - 60 months;          Type of Supervision: Supervised Release
                           TSR - 48 months

Asst. U.S. Attorney:       U.S. Attorney's Office        Date Supervision Commenced: August 31, 2012

Defense Attorney:          Federal Defenders Office      Date Supervision Expires: August 30, 2016

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Ms. Hamilton violated the conditions of her supervised release by being arrested for second degree burglary on November 6, 2015.  The offender was recently identified as the prime suspect in a burglary which occurred on October 19, 2015, at the Acorn Saloon and Eatery in Colville, Washington.  The offender was employed by the Acorn Saloon and Eatery until recently, when she decided to leave her position.  The investigating agency executed a search warrant at the offender's residence on November 6, 2015, and arrested her at that time.  Ms. Hamilton is currently being held in the Stevens County Jail on a charge of second degree burglary. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance. |
| | **Supporting Evidence**: Per the additional information report from the Stevens County Sheriffs Office case number 151034, Ms. Hamilton violated the conditions of her supervised release by possessing suspected illegal drugs and paraphernalia which were found in her residence on November 6, 2015.  The investigating agency who conducted the search at the |

Prob12C
**Re: Hamilton, Deanna Rae**
**November 10, 2015**
**Page 2**

offender's residence on November 6, 2015, reported suspected illegal drugs and drug related paraphernalia at the residence.  The items seized consisted of a substance suspected to be methamphetamine, three loose pills identified as clonazepam, a metal container which held multiple unidentified pills, and a total of five glass pipes some of which had residue. Stevens County will verify the suspected substances through laboratory testing.

3       **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**:  Ms. Hamilton violated the conditions of her supervised release by associating with a known felon.  The investigating agency who conducted the search at the offender's residence on November 6, 2015, reported that an additional person was taken into custody relative to a Washington State Department of Corrections warrant, at the offender's home.  The officer who made the initial contact with the offender reports that Ms. Hamilton was questioned regarding the occupants of the home, however, she was not forthcoming about the presence of the individual with the active warrant.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     11/10/2015

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[  ]     Other

Signature of Judicial Officer

11/10/2015

Date