UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEANNA RAE HAMILTON,<br><br>Defendant. | NO: 2:13-CR-36-RMP<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND MOTION TO EXPEDITE |

BEFORE THE COURT is Defendant's Motion to Modify Conditions of Release, ECF No. 30, and Motion to Expedite, ECF No. 31. Defendant moves for a referral for evaluation and treatment to U.S. Probation's contracted substance-abuse and mental health treatment provider in Clarkston, Washington, and for removal of electronic home monitoring and of home detention to accomplish the treatment. *See* ECF No. 30 at 1.

Defendant submits that U.S. Probation Officer Kuipers has confirmed that the Clarkson referral is appropriate, and U.S. Probation Officer Dennis has no

1  objection to removal of the GPS monitoring device.  Additionally, the Government

2  will not file a response to Defendant's motion.  *See* ECF No. 1.

3  Having reviewed the motions and being fully informed, the Court finds good

4  cause to grant the motions.  Accordingly, **IT IS HEREBY ORDERED**:

5  1. Defendant's Motion to Modify Conditions of Release, **ECF No. 30**, and

6  Motion to Expedite, **ECF No. 31**, are **GRANTED**.

7  2. Defendant shall be released from home detention and from GPS

8  monitoring.

9  3. Defendant shall work with U.S. Probation in securing a substance abuse

10  and mental health evaluation from the contracted treatment provider in

11  Clarkston, Washington.

12  4. Defendant shall follow up with and complete any treatment

13  recommended by the Clarkston treatment provider and by U.S. Probation.

14  5. Defendant shall actively seek employment.

15  6. All other conditions as ordered in the Court's Orders remain in full

16  effect.

17  The District Court Clerk is directed to enter this Order and provide copies to

18  counsel and to U.S. Probation.

19  **DATED** this 30th day of March 2016.

20  *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

21

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE
AND MOTION TO EXPEDITE ~ 2